█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT B. COX and THOMAS DE PRIEST, Also Known as THOMAS DE BREE, Appellants.—

Ughetta, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NESTOR M. GOMEZ, Appellant.

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.